Earvin LIANG, Plaintiff–Appellee

v.

BZB, INCORPORATED; C. Michael Orr, Defendants–Appellants.

No. 11–40203.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 2012.

Ruth Ann Brenton, Matthew Kevin Powers, Porter & Powers, P.L.L.C., Houston, TX, for Plaintiff–Appellee.

---

James Michael Fieglein, Esq., Law Office of J. Michael Fieglein, Lakeway, TX, for Defendants–Appellants.

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

Plaintiff's purported "notice of stipulated dismissal" did not operate to dismiss defendants' counterclaim. As a result, the district court's dismissal order did not resolve all claims of all parties and is not an appealable order. We therefore have no jurisdiction over this appeal and must dismiss the case.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.